**FILED**
SEP 2 0 2005  rq
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT LEWIS, | ) |
| Plaintiff, | ) Case No. |
| V. | ) Judge **05C 5434** |
| | ) Magistrate  JUDGE KENNELLY |
| OFFICER EDWARDO HOWARD | ) |
| OFFICER FRANK DOMER and | ) MAGISTRATE JUDGE |
| NICHOLAS BOYD | ) GERALDINE SOAT BROWN |
| individually, | ) |
| | ) Jury Demand |
| Defendants. | ) |

### COMPLAINT

NOW COMES the Plaintiff, ROBERT LEWIS, by and through her attorneys, GREGORY E. KULIS AND ASSOCIATES LTD, and complaining against the Defendants, OFFICER HOWARD, OFFICER DOMER and P.O. NICHOLAS BOYD, individually, as follows.

### COUNT I-FALSE ARREST/ FEBRUARY 5, 2005

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, ROBERT LEWIS, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, OFFICER HOWARD, OFFICER DOMER and NICHOLAS BOYD, were at all relevant times duly appointed officers of the County of Cook and at all

relevant times were acting within their scope of employment and under color of law.

5) On February 5, 2005 the Plaintiff was at his home in Lynwood, Ilinois.

6) The Defendants officers OFFICER HOWARD, OFFICER DOMER and a unknown officer came to the Plaintiff's house and took him into custody.

7) The Plaintiff was not committing a crime or breaking any laws.

8) The Defendants thereafter transported the Plaintiff to the Lynwood Police station.

9) There was no probable cause for said arrest, or taking him into custody.

10) The Defendants held the Plaintiff for several hours but then released him without any criminal charges.

11) Said actions of the Defendants, OFFICER HOWARD and OFFICER DOMER and were intentional, willful and wanton.

12) Said actions of the Defendants, OFFICER HOWARD and OFFICER DOMER violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

13) As a direct and proximate consequence of said conduct of Defendants OFFICER HOWARD and OFFICER DOMER the Plaintiff, ROBERT LEWIS, suffered violations of his constitutional rights, pain, suffering, emotional anxiety and fear.

WHEREFORE, the Plaintiff, ROBERT LEWIS, prays for judgment against the Defendants, OFFICER HOWARD and OFFICER DOMER, jointly and severally, in the amount in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys fees and costs.

## COUNT II- FALSE ARREST/ JUNE 17, 2005

1-4) The Plaintiff hereby realleges and incorporates his allegations of paragraphs

1-4 of Count I as his respective allegations of paragraphs 1-4 of Count II as though fully set forth herein.

5) On June 17, 2005 the Plaintiff was at his home in Lynwood, Illinois.

6) The Defendant P.O. NICHOLAS BOYD, and numerous others officers came to Plaintiff house, took hin into custody and told him he was under arrest

7) The Plaintiff's ROBERT LEWIS, was handcuffed and transported to Division IV of 2700 S. California.

8) There was no probable cause to arrest the Plaintiff.

9) The Plaintiff was not committing any crime or breaking any laws.

10) The Plaintiff was held by Defendant BOYD and OFFICER EDWARDO HOWARD, for approximately nine hours before being released with no charges.

11) Said actions of the Defendant BOYD were intentional wilful and wanton.

12) Said actions of the Defendant, P.O. NICHOLAS BOYD, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

13) As a direct and proximate consequence of said conduct of Defendants P.O. NICHOLAS BOYD and OFFICER EDWARDO HOWARD, the Plaintiff, ROBERT LEWIS, suffered violations of his constitutional rights, pain, suffering, emotional anxiety and fear.

WHEREFORE, the Plaintiff, ROBERT LEWIS, prays for judgment against the Defendants, OFFICER EDWARDO HOWARD, and P. O. NICHOLAS BOYD, jointly and severally, in the amount in excess of FIFTEEN THOUSAND AND 00/100 ($15,000.00) DOLLARS compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys fees and costs.

## JURY DEMAND

The Plaintiff, ROBERT LEWIS, requests a trial by jury.

Respectfully submitted,
ROBERT LEWIS,

_____
GREGORY E. KULIS AND ASSOCIATES, LTD.

GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830